## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SARAH WHITMORE SMAGE and PHILLIP SMAGE, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| | ) | Case No. 1:17-cv-06355 |
| v. | ) ) | |
| ZERO MOTORCYCLES, INC., | ) ) | Honorable Elaine E. Bucklo Magistrate Judge Susan E. Cox |
| *Defendant*. | ) ) | |

## SECOND AMENDED COMPLAINT

Sarah Whitmore Smage and Phillip Smage, by their attorneys, RAPOPORT WEISBERG & SIMS, P.C., state the following claims for relief against ZERO MOTORCYCLES, INC.:

## INTRODUCTION

1.  This lawsuit against Zero Motorcycles, Inc. ("ZERO" or "Defendant") arises out of significant and life changing injuries that world-champion motorcycle rider Sarah Whitmore Smage suffered on September 12, 2015, when the frame catastrophically failed on the 2014 ZERO FX motorcycle she was riding as part of the Marvel Universe Live show at the United Center in Chicago.

2.  The catastrophic failure of the motorcycle frame occurred when the head-tube of the motorcycle suddenly and totally separated from the frame as Sarah Whitmore Smage landed off a small jump during the show's finale.

3.     When the frame of the 2014 ZERO FX motorcycle failed, Plaintiff Sarah Whitmore Smage—who had no expectation the motorcycle would suddenly come apart—was violently thrown to the ground and struck her head, leading to serious and permanent injuries, including, but not limited to, a traumatic brain and cervical spine injury, the development of post-traumatic gait abnormalities, cognitive deficits, chronic headaches, balance deficiencies, and other disabilities. She has required a fusion of her spine from the base of her skull down to her shoulders and will require future interventional care and surgeries. Instantaneously, Plaintiff Sarah Whitmore Smage was transformed from a 31-year-old extreme sport superstar and four-time national motocross champion to a substantially disabled person.

4.     While plaintiffs have previously alleged and continue to assert the motorcycle never should have failed while being used by Sarah Whitmore Smage for its intended purposes in a manner consistent with how the Defendant advertised and marketed the motorcycle could be used in the Marvel Universe Live show; discovery has revealed a shocking degree of misconduct by the Defendant, whose management was utterly and recklessly indifferent to the danger and had a callous disregard for proper engineering practices, proper business practices, proper manufacturing practices, and the safety of motorcycle riders including Sarah Whitmore Smage.

5.     As further detailed below, a mechanical failure of a ZERO motorcycle safety critical component such as the head-tube, like the one involving Sarah Whitmore Smage, was not only *predictable* by ZERO, it actually *was predicted* by some on ZERO's Executive Staff, who foresaw disaster and tried to warn others

within the company that the ZERO FX motorcycles would never work as intended in the Marvel Universe Live show. Those warnings were rebuffed by ZERO's higher management, a management more interested in generating sales and positive press for ZERO through the use of ZERO motorcycles in the high-profile international Marvel Universe Live show, than in the dangers ZERO FX motorcycles presented including the danger of catastrophic failure that could severely or fatally injure a rider.

6.      Plaintiffs now bring this Second Amended Complaint to clarify their claims for compensatory damages and add claims for punitive damages for the willful, wanton, reckless, and callous conduct of ZERO that led to and contributed to the failure of the subject 2014 ZERO FX motorcycle.

<u>SUBJECT MATTER JURISDICTION</u>

7.      Plaintiffs are both Wisconsin citizens.

8.      Defendant is a Delaware corporation with its principal place of business in California, making it a citizen of Delaware and California under § 1332(c)(1).

9.      The amount in controversy exceeds $75,000, exclusive of interest and costs, the minimum diversity jurisdiction amount in controversy specified by 28 U.S.C. §1332.

10.     The Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a)(1).

## IN PERSONAM JURISDICTION

11.     Defendant ZERO is a global motorcycle designer, manufacturer, and marketer focusing on the design, manufacture, production, and sale of electric motorcycles.

12.     At all relevant times, Defendant ZERO was engaged in the business of designing, manufacturing, advertising, distributing, supplying and/or selling ZERO FX motorcycles, including a 2014 model with the vehicle identification number 538XX4Z18ECC03473.

13.     Defendant ZERO sells and has sold its products through the Internet and through dozens of dealerships located across the globe on six continents, including numerous dealerships in Illinois.

14.     Defendant ZERO engages in systematic and substantial business in Illinois, through its dealerships, its Internet presence, its demonstration ride events hosted throughout Illinois, and through the promotional benefits that inure with use of its motorcycles in shows like the Marvel Universe Live show involved in this case and which was being performed at the United Center.

15.     This Court has personal jurisdiction over ZERO pursuant to Illinois' Long Arm statute, 735 ILCS § 5/2-209(a)(1),(a)(2), (a)(3), and (b)(4).

## VENUE

16.     This lawsuit arises out of injuries Sarah Whitmore Smage suffered on September 12, 2015, when the frame on the 2014 ZERO FX motorcycle she was riding

as part of the Marvel Universe Live show at the United Center in Chicago, Illinois catastrophically failed.

17.     As a result, the plaintiffs suffered great harm in this district and a substantial part of the events or omissions giving rise to the claims for relief occurred in this district. Therefore, this Court has venue under 28 U.S.C. §1391(b)(2).

## GENERAL ALLEGATIONS

### *History of Zero Motorcycles*

18.     In 2006, ZERO was founded as "Electricross, Inc.", a Silicon Valley start-up company focusing on the design, construction, manufacturing, and marketing of two-wheeled electric vehicles for sale and use in the United States and abroad.

19.     Since its original founding in a Silicon Valley garage in 2006, ZERO has utilized a combination of lithium-ion batteries and electric motors to produce two-wheeled electric vehicles with an entirely electric powertrain, eliminating the internal combustion engine that has been the mainstay of motorcycle powertrains since the 1880s.

20.     Since its original inception, ZERO utilized a custom-designed aluminum frame, originally conceptualized and designed by ZERO founder Neal Saiki. Prior to founding ZERO, Mr. Saiki had never worked in the motorcycle industry and had never designed a motorcycle frame, although he had designed mountain bike frames.

21.     One of ZERO's original motorcycles was an off-road motorcycle, known as the ZERO "X" motorcycle.

22.     In a marketing video released in 2009, ZERO founder and then CEO Neal Saiki showed off the Zero "X" motorcycle frame in ZERO's facility, announcing that the "X" frame was designed to be "as light as possible" and was "super, super light." Mr. Saiki boasted that the "X" frame was "very thin walled with a thickness about three times that of a soda can." ZERO and Mr. Saiki further claimed that the "X" frame-based ZERO motorcycles were capable of "extreme" off-road use, including "jumps of over 50 feet" and that the "X" frame was "the lightest most high-tech aluminum frame in the world."

23.     What was not then revealed publicly, but was known by ZERO, was that the extremely thin-walled and lightweight aluminum frame was necessitated by the limitations of then-existing electric batteries, which lacked the electrical capacity to provide a range that would make an electric motorcycle anything more than a novelty item. Weight minimization was a hallmark of ZERO, as it desperately tried to establish the economic feasibility of electric powered motorcycles.

24.     The "X" frame, its basic geometry, and its aluminum design, would form the backbone of the "MX" and then the "XMX" frames, as further iterations of the frame became necessary with the eventual growth in size and complexity of the original "X" motorcycle into what would become the 2014 ZERO FX. The XMX frame was the internal ZERO designation for the frame utilized in the ZERO FX line of motorcycles, including the subject 2014 ZERO FX motorcycle.

### *Zero Motorcycles Grows as Silicon Valley Startup*

25.    With a basic concept for an electric motorcycle in place, ZERO motorcycles appointed Gene Banman as Chief Executive Officer in October of 2007 as Employee # 9, to assist in the acquisition of personnel and investment funding to allow growth of ZERO.

26.    In April of 2008, ZERO obtained significant investment capital from The Invus Group, which became the principal investor in ZERO. The Invus Group was a hands-on investor, utilizing seats on the Board of Directors of ZERO to coordinate and direct business and management decisions of ZERO.

27.    By 2010, The Invus Group had initiated a plan to transform ZERO, acquiring engineers and other technical experts who had work experience at well-known and reputable motorcycle manufacturers such as the Buell Motorcycle Company and Triumph Motorcycles.

28.    In March of 2011, after having just received what was reported by ZERO to the media as a $26 million cash investment from The Invus Group, CEO Gene Banman and founder/Chief Technology Officer Neal Saiki were removed from their positions at ZERO. As reported in the industry media at the time, "The company is in the midst of a common phase in startup growth where new money comes in, old leadership exits, and seasoned executives step up to try and bring the company into the big leagues."

29.    In an interview from April of 2011, Hall of Fame motorcycle racer and designer Scot Harden, who was recently installed as the ZERO Global Marketing Vice

President, described the company's public claims about the transformation: "It's definitely a different company now." Investors have had a strategy "to make over the company for over a year now." The overriding goal was to go from a niche electric bike startup to "a true, honest-to-G-d motorcycle company", which meant building a team with "true, honest-to-G-d motorcycle experience." In that same interview, Mr. Harden described previous models of ZERO motorcycles as "mountain bikes with electric motors in them. They lacked components that real motorcyclists would see right off the bat."

30.     Despite the intended change in direction for ZERO, with the removal of Gene Banman as CEO and the departure of founder Neal Saiki, the company was left without a Chief Executive Officer for nearly sixteen months, until July of 2012, when Richard Walker was appointed as CEO of ZERO. Despite having been chosen to run ZERO, Mr. Walker had no experience working in or managing an automotive or motorcycle company. The Invus Group directed Mr. Walker to increase motorcycle sales in 3-4 years so that ZERO could become operationally profitable.

### *Zero Motorcycles Systematically Makes Management Choices that Put Profits and Cost Savings Ahead of Safety*

31.     Unbeknownst to Mr. Walker, but discovered soon after he arrived in 2012, was that ZERO had been functioning since 2006 as an organization totally lacking in any formal Quality Management System, Failure Mode and Effects Analysis (FMEA), Fault Tree Analysis (FTA), or Eight Disciplines (8Ds) Problem Solving, whatsoever.

32.     The absence of these formalized programs continued even after ZERO had acquired engineers and technical experts with experience working for real motorcycle manufacturers that implemented such Quality Management Systems, FMEA, FTA, and 8Ds.

33.     The absence of these formalized programs even continued after ZERO was specifically advised and cautioned by global automotive engineer and development consultant MIRA, Ltd. on numerous occasions prior to Sarah Whitmore Smage's accident, that ZERO lacked these formalized programs and needed to take steps to implement them.

34.     A Quality Management System (QMS) is a collection of business processes focused on meeting customer requirements, and in the context of motorcycle manufacturing, producing safe and durable motorcycles. A properly functioning QMS is an essential premise in the trapping of organizational dysfunction, avoiding the design and manufacture of dangerous products. Reputable motorcycle companies prove their QMS is in place by obtaining International Standards Organization (ISO) 9001 certification.

35.     Failure Mode and Effects Analysis (FMEA) is a formal process of reviewing components, assemblies, and subsystems to identify potential failure modes, their causes, and their effects, by assessing the given risk and severity of potential failure modes. FMEA is an essential aspect of reasonably careful safety and quality engineering.

36.     Fault Tree Analysis (FTA) is a top-down, deductive failure analysis utilized in safety engineering to understand how systems can fail, to identify the best ways to reduce risk, and to determine potential event rates of a safety accident.

37.     Eight Disciplines (8Ds) Problem Solving is a standard in the automotive and assembly industries that incorporates a structured problem-solving process to identify, correct, and eliminate recurring problems in the design and manufacturing process.

38.     From the time of its inception through the failure of Sarah Whitmore Smage's 2014 ZERO FX motorcycle, and beyond, ZERO systematically chose not to implement any formal Quality Management Systems, FMEA, FTA, or 8Ds as part of its design and manufacture of electric motorcycles.

### *Zero Motorcycles "designs" the "XMX" Frame and selects Chinese Manufacturer Youcheng Metal Corporation to produce the Frames*

39.     In September of 2011, then 29-year-old ZERO engineer Kevin Waggoner, who had never designed a motorcycle frame before, was placed in charge of and designed the ZERO "XMX" frame, an adaptation of the original "X" frame design created by ZERO founder Neal Saiki.. This design called for the use of 6061 aluminum in frame components, with Alcotec 5356 aluminum weld filler to join frame members, including the head-tube to the frame. The design also called for the motorcycle to be put through a T4 heat treatment process, and T6 artificial hardening process.

10

40. Alcotec specifies that 5356 aluminum weld filler is a "*non*-heat treatable alloy… which can undergo undesirable changes if subjected to this form [post-weld heat solution] heat treatment."

41. The new XMX frame came at the same time as ZERO made changes in supply chain, intended to reduce production costs and move closer to profitability, which included ZERO's establishment of a collaborative relationship with Youcheng Metal Corporation to fabricate and manufacture ZERO's aluminum motorcycle frames.

42. Youcheng Metal Corporation (YMC) was and is a Chinese fabricator and manufacturer of tubed aluminum fixtures, including motorcycle frames for ZERO motorcycles. Welders at YCM were not tested and certified to American Welding Society (AWS) standards, which was and still is the standard used for American automotive manufacturers.

43. YCM was selected by ZERO, in part, for its relative affordability in manufacturing the aluminum frames as compared to an American-based aluminum frame fabricator.

44. The seemingly contraindicated choice by ZERO to use 5356 aluminum weld filler on 6061-T6 aluminum frame members was a point not lost on all ZERO engineers. Numerous engineers brought this precise concern to the attention of ZERO Chief Technology Officer, Abe Askenazi, in May of 2012, warning that Alcotec had described the impropriety of using 5356 aluminum weld filler in a heat-treatment

application, and raising with Mr. Askenazi the proposed use of heat-treatable 4643 aluminum weld filler as an alternative.

45.     Despite these concerns being raised by lower-level engineers, ZERO chose to continue using the non-heat treatable 5356 aluminum weld filler, because the safer alternative, 4643 aluminum weld filler would not be as attractive on the finished motorcycle (the color would not match the base 6061-T6 aluminum as closely). The added cost to cover up the unattractive 4643 aluminum weld filler with paint or powder-coating was money that ZERO was not willing to spend, making 5356 a cheaper, but more dangerous choice.

46.     Shortly thereafter, XMX frames started to arrive from YCM to ZERO in California, where ZERO started to discover "whitening" on the anodization of the weld material where the head-tube and frame meet. At that time, lacking any formalized safety risk assessment analysis, ZERO failed to understand or appreciate the phenomenon.

### _Zero Motorcycles Revises the XMX Frame Design For the 2014 ZERO FX Motorcycle While Engineering Process Flaws Divert Engineering Resources_

47.     The 2014 FX Motorcycle would continue to use an iteration of the "XMX" frame, but as part of ZERO's "continuous improvement" mantra, changes to the XMX platform were being implemented on an annual basis for new model years. For the 2014 XMX frame, conceptualization, design, revision, and validation on the frame changes needed to happen many months prior to production lines would be tooled for full-scale production.

12

48.     As part of the design validation process, ZERO utilized an outside vendor, Rexnord, to perform bench testing of ZERO motorcycle frames, including the XMX frame.

49.     In April of 2013, ZERO requested a proposal from Rexnord for bench testing of the 2014 XMX frame. However, ZERO severely limited the scope of its proposed bench testing, requesting a quote only for suspension fatigue testing and bypassing other important bench testing measures, including brake load testing, braking load ultimate-failure testing, and suspension load ultimate failure testing. These tests were important because ZERO had made changes to the 2014 XMX frame, including an increase in bore size of the head-tube. The XMX frame completed this limited qualification testing on August 9, 2013.

50.     Financial pressures from ZERO's investors corresponded in time with the limited bench testing, as ZERO negotiated with YCM in May of 2013 over an increase in cost to produce the XMX frame and letting YCM know that ZERO's investors were constantly pushing ZERO engineers to find ways to reduce costs.

51.     That same month, MIRA, Ltd. provided a review and analysis report to ZERO, criticizing the overall engineering processes and lack of any formalized functional safety, risk assessment, hazard analysis, or safety plans at ZERO.

52.     At this same time, ZERO was experiencing severe engineering setbacks after the fleet sales of many ZERO motorcycles to the Bogota Police Department resulted in numerous frame failures, which came after ZERO failed to take into account the anticipated duty cycle of the Bogota Police Department. These frame

failures would likely have been predictable and avoidable had ZERO had in place formalized functional safety, risk assessment, hazard analysis, and safety plans.

53.     Other QMS and formal design process setbacks begin to manifest in June of 2013 as ZERO design engineers discovered that they had not enabled the ZERO supply chain and quality engineers to have full access to the designs for the 2014 XMX frames, creating confusion amongst ZERO and YCM as to what design iterations should be utilized in China to produce the 2014 XMX frames.

54.     Through August of 2013, YCM's ability to access proper frame drawings for the 2014 XMX frame persisted, with YCM expressing confusion about new component parts added by ZERO to the XMX frame, but not properly accounted for in engineering drawings.

55.     In August of 2013, further manifestations of poor engineering document control and practices came to light when ZERO engineer Kevin Waggoner discovered even more "whitening" on XMX frame motorcycles in the anodization where the head-tube meets the frame. Mr. Waggoner attempted to find frame braking load analyses previously performed by ZERO to further his investigation into this "whitening", but the prior analyses were either never done or could not be located in the ZERO engineering files.

56.     On August 15, 2013, as part of Mr. Waggoner's investigation into the "whitening" phenomenon, Mr. Waggoner shared with ZERO CTO Abe Askenazi Finite Element Analysis (FEA) that revealed anticipated stresses in the 2013 XMX head-tube/frame weld joint that exceeded the known yield strength of 5356 aluminum

14

weld filler (without regard to degradation by heat treatment) by a factor of nearly 6x, and in the then-existing 2014 XMX head-tube/frame weld joint by approximately 3.5x.

57.     Mr. Waggoner's email from August 15, 2013 seems to indicate that ZERO manufactured and produced the 2013 XMX-based motorcycles either i) having failed to have identified that the anticipated stresses on the head-tube/frame joint greatly exceeded the yield strength of the frame; or ii) having identified this risk and chosen anyways to proceed with production. Either way, it is evident that ZERO was utterly failing to implement quality engineering and safety engineering practices. When this should have been apparent again on August 15, 2013, ZERO shrugged it off as the status-quo.

58.     The next day, on August 16, 2013, Mr. Waggoner contacted Rexnord to discuss the "whitening" phenomenon and inquire as to what testing could be done by Rexnord to further analyze what was occurring in the head-tube/frame joint. By this time, certain ZERO engineers, including Kevin Waggoner, had expressed concerns the "whitening" was a precursor to a potential frame failure.

59.     In early September of 2013, Mr. Waggoner began to raise concerns with CTO Abe Askenazi and others at ZERO that ZERO needed improvements in its chassis durability testing.

60.     Even though Rexnord had not yet finished its metallurgical analysis of what was causing the "whitening" effect on the ZERO XMX frames, on September 13, 2013, Mr. Waggoner announced to ZERO engineers that he intended to incorporate

some type of additional gusset (tripler plate) into the head-tube/frame joint to try and strengthen the joint. He requested that YCM be instructed to stop all XMX frame production until he could finish engineering the change.

61. ZERO's instruction to YCM to stop XMX production came too late. By September 15, 2013, ZERO learned that large quantities of XMX frames had already been welded and either partially put through, or completely put through the T4 and T6 heat treatment processes, but without the added tripler plate that ZERO was working to finish engineering.

62. On September 16, 2013, ZERO issued "Revision 7" to the XMX frame design, formally adding the tripler plate into the joint of the head-tube/frame. YCM was instructed by ZERO to weld the tripler plate onto the already completed motorcycles and then put the frames through a *second* T4 process, as well as a *second* T6 process. Except for the new weld filler used to attach the tripler plate, these frames now had the head-tube/frame joint held together by *non*-heat treatable 5356 aluminum weld filler that has been heat-treated not just once, but *twice.*

63. On September 21, 2013, YCM cautioned ZERO about the potential issues with moving forward with the tripler plate modification, warning of "significant deformation" of the XMX frames which would make it difficult to align the head-tube with the frame, meaning the frames would not be in conformance with the design drawings.

64. On September 23, 2013, ZERO told YCM to move forward with the XMX frame modifications anyways.

16

65. On September 27, 2013, Kevin Waggoner discovered the "whitening" phenomenon again, but now on a 2014 XMX frame. Mr. Waggoner now suspected the head-tube was being cracked as part of the YCM manufacturing frame "alignment" process. Mr. Waggoner wrote to ZERO CTO Abe Askenazi recommending "ultimate load" testing be added for the 2014 XMX frames because "we should prove to ourselves that the chassis will survive loading in the cracked condition."

66. ZERO never added "ultimate load" testing for the 2014 XMX frame.

67. ZERO never sent a 2014 XMX frame to Rexnord for metallurgical analysis, despite that by September 2013, the 2013 XMX was a legacy frame, with the 2014 XMX frame being the "new generation" and future of the XMX platform.

68. On September 30, 2013, Rexnord issued its metallurgical report on the 2013 XMX frame. Rexnord concluded that ZERO's design and designed process for manufacturing the XMX frame was causing cracks in the head-tube/frame joint during the manufacturing process.

69. On October 16, 2013, ZERO quality engineer Charles Gilbert arrived in China at the YCM plant to try and better understand issues with the XMX frame production. During this trip, YCM reiterated to ZERO that manufacturing issues were being caused by the addition of the tripler plate and that the tripler plate was not a viable change.

### _Zero Motorcycles Courts Feld Entertainment and the Marvel Universe Live Show_

70. On or around September 10, 2013, ZERO learned of an opportunity to place its ZERO FX motorcycles into the Marvel Universe Live Show produced by Feld

17

Entertainment. ZERO was told the Marvel Universe Live show planned to tour 85 cities in the United States before embarking on an international tour, with more than 5 million fans seeing the ZERO brand of motorcycles in action in person, with cross-promotional opportunities for ZERO. It was the first time ZERO ever had the opportunity to obtain press coverage and widespread exposure in an internationally acclaimed show.

71.     As conceptualized by Feld and the Defendant, the ZERO FX motorcycles were to be used in the Marvel Universe Live show for the kinds of maneuvers that any off-road motorcycle would be expected to be capable of, such as wheelies, stoppies, and small jumps.

72.     All of these maneuvers were actively and aggressively marketed by ZERO as maneuvers the 2014 FX was capable of performing.

73.     ZERO's 2014 FX marketing materials touted the robustness and durability of the FX motorcycle as "Tempting you to ride on any terrain that crosses your path, the Zero FX chassis hails from Zero Motorcycles' championship off-road heritage…" and capable of "Do Anything/Ride Anywhere."

74.     Prior to the purchase of any ZERO FX motorcycles, Feld Entertainment discussed and shared with ZERO the specific purposes and intended uses of the ZERO FX motorcycles for its Marvel Universe Live shows.

75.     As part of these discussions, Feld Entertainment arranged for professional motorcycle riders to demonstrate the stunts that would be used during shows for ZERO's design and sales staff, so that ZERO could clearly understand the

specific purposes for which the motorcycles would be used and the types of forces that were to be exerted on the motorcycles.

76. To ensure rider safety with the ZERO motorcycles performing the small-scale maneuvers, as well as the internal combustion engine (ICE) motorcycles that would be used for the truly extreme stunts in the show, Feld Entertainment hired world-famous stunt directors and motorcycle stunt artists.

77. On September 16, 2013, ZERO provided ZERO FX motorcycles for testing to Feld Entertainment in Valencia, California. ZERO representatives told Feld Entertainment and its affiliates that the ZERO FX motorcycles would be well-suited for their intended purposes in the Marvel Universe Live show.

78. On November 19, 2013, ZERO again provided ZERO FX motorcycles for testing to Feld Entertainment, this time in Anaheim, California. ZERO representatives again told Feld Entertainment and its affiliates that the ZERO FX motorcycles would be well-suited for their intended purposes in the Marvel Universe Live show.

79. Relying on ZERO's motorcycle knowledge and expertise, as well as the representations made by ZERO, Feld Entertainment purchased the ZERO brand model FX motorcycles for use in the Marvel Universe Live show.

### *Motorcycle VIN 3473 at Zero*

80. On or around January 15, 2014, the motorcycle frame that would eventually become the 2014 ZERO FX with VIN 3473 that injured Sarah Whitmore Smage, was "pulled" from the ZERO warehouse and placed into production.

81.     This frame had been manufactured by Youcheng Metal Corporation.

82.     Over the course of the next month, the artifact motorcycle involved in this case was constructed, deconstructed, and reconstructed, because as it was assembled, it required reconfiguration and other changes, including replacement of a failed electric motor.

83.     The ZERO Quality Control department never documented and probably did not perform any inspection whatsoever of the welds on VIN 3473.

84.     The ZERO Quality Control department only completed 1 of 3 levels of quality control checks, missing the Level 2 and Level 3 Quality Control inspections on VIN 3473 entirely.

85.     On March 18, 2014, the 2014 ZERO FX VIN 3473 was shipped from ZERO to Feld Entertainment, along with 10 other FX motorcycles.

### *Zero Motorcycles' Whistleblower Tries to Intervene but is stopped by the Zero Money Team*

86.     Upon arrival at Feld Entertainment in Florida, it became apparent that ZERO had shipped all of the motorcycles with belt drives, instead of the requested chain drives, requiring Feld Entertainment to request chain conversion kits be shipped right away from ZERO.

87.     Within a few days of auditions beginning with the ZERO FX motorcycles, the ZERO FX motorcycles had a host of mechanical and electrical problems, including sudden losses of power, broken wheel spokes, and front fork failures.

88.     On or around April 16, 2014, Feld Entertainment reached out to ZERO and expressed concerns about the quality and robustness of the motorcycles sold by ZERO to Feld Entertainment. During that call, ZERO promised to Feld Entertainment it would resolve all technical issues.

89.     On that same date at 2:04 p.m., Scot Harden, the ZERO Global Marketing VP internally expressed to colleagues at ZERO his serious concerns that if ZERO could not get these motorcycles to work for Feld Entertainment, ZERO would be "set back light years within the industry."

90.      One hour and 8 minutes later, at 3:12 p.m. Scot Harden sends a private email to the head of North American Fleet Sales for ZERO, Mike Cunningham, advising him he has learned more now from others in ZERO than he previously knew about Feld Entertainment's short but troubled experience with the ZERO motorcycles and recommended that ZERO buy-back the motorcycles, as "they will never work as intended." In that same email, Mr. Harden acknowledges that the ZERO FX motorcycles come equipped with "sub-grade" components.

91.     This was not revealed to Feld Entertainment or the plaintiffs.

92.     The next morning, at 6:26 a.m., Mr. Cunningham responded to world-champion motorcycle racer and designer Scot Harden, stating in part: "I can't predict if or what problems they [Feld Entertainment] will have going forward, but unwinding this transaction is the very last option on my list."

93.     With that, the buy-back issue was dead.

94.     On or around April 21, 2014, ZERO sent technical specialist Chris Langlois to Feld Entertainment to try and assist in wheel and fork replacement for the ZERO FX motorcycles. Mr. Langlois observed the motorcycles auditioning and the various props that had been attached by Feld Entertainment to the motorcycles.

95.     For many months thereafter, ZERO continued to receive warranty claims from Feld Entertainment regarding component part failures on the FX motorcycles. Shockingly, ZERO was facilitating some of these warranty claims by harvesting spare parts off of other motorcycles that had failed quality control checks at ZERO.

96.     Despite the 2014 ZERO FX motorcycles having been in production for many months by August of 2014, ZERO was completing its engineering design and verification out of order, still running bench testing on the 2014 XMX frame, which was already in the hands of hundreds of customers who had no idea they were riding on an unproven frame design.

### *Sarah Whitmore Smage Suffers a Complete Frame Separation*

97.     On September 12, 2015, Plaintiff Sarah Whitmore Smage was a professional motorcycle rider working as an ensemble member of the Marvel Universe Live stunt performance show at the United Center in Chicago.

98.     As part of her employment with Feld Entertainment, Inc., Plaintiff Sarah Whitmore Smage operated a 2014 ZERO FX, VIN 538XX4Z18ECC03473, in a choreographed series of motocross stunts. This choreographed show had been performed many times in the past using 2014 ZERO FX motorcycles, and Plaintiff

22

Sarah Whitmore Smage had completed similar stunt riding with other types of motorcycles thousands of times over the course of her career. The show had been viewed by ZERO technical personnel in the past, without concern.

99.    On that date, as Sarah Whitmore Smage completed a jump off a relatively small ramp (approximately 20 inches) at the Marvel Universe Live show, a typical maneuver for the show, and as she landed on the floor, using the motorcycle normally for its intended purposes, the XMX frame of the 2014 ZERO FX motorcycle suddenly and without warning catastrophically failed, breaking into multiple pieces.

100.   In the wake of the this, ZERO executive and business leaders delayed responding to inquiries from Feld Entertainment as they crafted a written communication that would attempt to lay the blame for what happened to Sarah on Feld Entertainment; and to deflect from the centrally causal role ZERO's defective product, which was unfit for uses it promised it was fit for, and ZERO's outrageous engineering and business practices played in Sarah's injuries.

101.   As Feld Entertainment pressed for technical assistance from ZERO to ensure the rest of its ZERO fleet was safe, ZERO falsely accused Feld of using the motorcycles in a duty-cycle for which the motorcycles were never designed, even though ZERO was fully aware of Feld Entertainment's intended use all along and had previously assured Feld the motorcycles were suitable for its intended use cycle.

102.   Making matters worse, as Feld Entertainment continued to plead for technical assistance from ZERO, ZERO's engineering and business team elected to send a "know-nothing" person to inspect the remaining ZERO fleet, with ZERO

duplicitously noting in internal emails that this person was a good pick precisely because he was neither an engineer nor a metallurgist.

103. As internal disagreement brewed at ZERO in the wake of the accident about its potential cause and with whom fault laid for the frame separation; ZERO management decided to shut down further development of an incriminating trail of emails.

## COUNT I
## STRICT LIABILITY

104. Plaintiff Sarah Whitmore Smage incorporates the preceding allegations by reference.

105. At the time the 2014 ZERO FX, VIN 538XX4Z18ECC03473 left the control of Defendant ZERO MOTORCYCLES, INC., it was unreasonably dangerous in the following ways:

a. It was defective as designed;

b. It was defective as manufactured;

c. It was defective because it was unfit for its intended purposes;

d. It was defective due to inadequate warnings;

e. It was insufficiently built so it could not withstand foreseeable forces;

f. It was not of merchantable quality;

g. It was unfit for the particular purposes ZERO knew or should have known it was to be used for;

h. The material used for the frame was insufficient to withstand foreseeable forces;

i.    The wall thickness of the frame material was insufficient to withstand foreseeable forces;

j.    The manual and maintenance schedule that were provided did not address the proper testing and inspection of the motorcycle frame;

k.    There was insufficient support of the motorcycle frame to withstand foreseeable forces;

l.    There was insufficient thickness of the frame walls to withstand foreseeable forces;

m.    There was insufficient welding and heat treatment of the motorcycle frame to withstand foreseeable forces; and/or

n.    It lacked adequate warnings or instructions.

106.    As a direct and proximate result of one or more of these unreasonably dangerous conditions, Plaintiff Sarah Whitmore Smage suffered serious injuries of a personal and pecuniary nature, including a traumatic brain injury and pain, suffering, disability, loss of a normal life, medical expenses, lost earnings and a loss of earning capacity. These losses have been incurred in the past and will be incurred in the future. All or some of these losses are permanent.

WHEREFORE, Plaintiff SARAH WHITMORE SMAGE requests judgment against the Defendant ZERO MOTORCYCLES, INC., for all legally appropriate damages for her injuries, including punitive damages, along with costs.

## COUNT II
## NEGLIGENCE/WILLFUL AND WANTON CONDUCT

107.    Plaintiff Sarah Whitmore Smage incorporates the paragraphs 1 through 103 by reference.

108. On and prior to September 12, 2015, Defendant ZERO owed a duty to use reasonable care in the design, manufacture and sale of the subject 2014 ZERO FX motorcycle.

109. Notwithstanding this duty of care, Defendant ZERO, as a corporation, as well as through its agents, servants or employees, committed the following negligent and careless acts:

    a. Defectively designed the motorcycle;

    b. Defectively manufactured the motorcycle;

    c. Did not provide adequate warnings for the motorcycle;

    d. Knowingly implemented management and engineering processes that elevated cost savings over safety;

    e. Failed to implement formalized Quality Management Systems and reasonable engineering practices, including functional hazard analysis, risk assessment, FMEA, FTA, and 8Ds;

    f. Designed a motorcycle safety critical component part with an aluminum welding filler that was incompatible for heat-treatment, even though the motorcycle frame design called for heat treatment;

    g. Failed to properly communicate design changes and production processes to Youcheng Metal Corporation;

    h. Failed to provide Youcheng Metal Corporation with any weld specifications or callouts;

    i. Failed to ensure Youcheng Metal Corporation was a competent component part manufacturer and supplier;

    j. Failed to ensure Youcheng Metal Corporation utilized competent welders;

    k. Failed to adequately investigate and interpret the "whitening" process on the anodized head-tube;

l.   Failed to make customers aware or otherwise warn of the need to inspect certain components for potential microfractures;

m.   Failed to make proper quality control inspections of the subject motorcycle and its welds;

n.   Misrepresented to Feld Entertainment the capabilities of the ZERO FX motorcycle when ZERO actually knew or should have known of the lack of reliable engineering data to support such an application;

o.   Chose not to listen to the warnings of internal whistleblowers who cautioned against the use of the ZERO FX motorcycle in the Marvel Universe Live show

110.   Some or all of the aforementioned acts and/or omissions were committed willfully, wantonly, and with reckless disregard for the safety of the public and the plaintiffs.

111.   As a direct and proximate result of one or more of these acts or omissions, Plaintiff Sarah Whitmore Smage suffered serious injuries of a personal and pecuniary nature including a traumatic brain injury, which has caused her pain, suffering, disability, loss of a normal life, medical expenses, lost earnings and a loss of earning capacity. These losses have been incurred in the past and will be incurred in the future. All or some of these losses are permanent.

WHEREFORE, Plaintiff SARAH WHITMORE SMAGE requests judgment against the Defendant ZERO MOTORCYCLES, INC., for all legally appropriate damages for her injuries, including punitive damages, along with costs.

COUNT III
BREACH OF IMPLIED WARRANTY OF FITNESS
FOR A PARTICULAR PURPOSE

112.    Plaintiff Sarah Whitmore Smage incorporates paragraphs 1 through 103 by reference.

113.    At and prior to the time of the sale of the subject motorcycle by Defendant ZERO to Feld Entertainment, ZERO had actual knowledge that Feld Entertainment was purchasing the ZERO FX motorcycles for use in motorcycle stunt shows, including the Marvel Universe Live performance show.

114.    In purchasing the subject motorcycle, Feld Entertainment relied on Defendant ZERO's skill, judgment, and expertise to select an appropriate motorcycle suitable for use in motorcycle stunt shows, including those such as the Marvel Universe Live performance show.

115.    At and prior to the time of the sale of the subject motorcycle by Defendant ZERO to Feld Entertainment, Defendant ZERO  had reason to know that Feld Entertainment was relying on ZERO's skill, judgment, and expertise to select an appropriate motorcycle suitable for use in motorcycle stunt shows, including the Marvel Universe Live performance show.

116.    In consideration of and as part of the sale between Defendant ZERO. and Feld Entertainment an implied warranty arose that the motorcycle would be safe and suitable for use in motorcycle stunt shows, including the Marvel Universe Live performance show.

117.   In breach of this implied warranty of fitness for a particular purpose, the 2014 ZERO FX VIN 538XX4Z18ECC03473, was not delivered as warranted because the motorcycle was not suitable for use in motorcycle stunt shows, including the Marvel Universe Live performance show.

118.   Defendant ZERO was notified of the catastrophic frame failure shortly after September 12, 2015.

119.   As a direct and proximate result of ZERO's breach of its implied warranty of fitness for a particular purpose, Plaintiff Sarah Whitmore Smage suffered serious injuries of a personal and pecuniary nature including a traumatic brain injury and pain, suffering, disability, loss of a normal life, medical expenses, lost earnings and a loss of earning capacity.

WHEREFORE, Plaintiff SARAH WHITMORE SMAGE requests judgment against the Defendant ZERO MOTORCYCLES, INC., for all legally appropriate damages for her injuries, including punitive damages, along with costs.

## COUNT IV
## BREACH OF IMPLIED WARRANTY
## OF MERCHANTABILITY 810 ILCS 5/2-314

120.   Plaintiff Sarah Whitmore Smage incorporates paragraphs 1 through 103 by reference.

121.   The 2014 ZERO FX motorcycle VIN 538XX4Z18ECC03473, was not merchantable at the time of the sale to Feld Entertainment, Inc.

122.   Defendant ZERO was notified of the breach of merchantability shortly after September 12, 2015.

123.    As a direct and proximate result of Defendant ZERO's breach of the implied warranty of merchantability with respect to the 2014 ZERO FX motorcycle, VIN 538XX4Z18ECC03473, Plaintiff Sarah Whitmore Smage suffered serious injuries of a personal and pecuniary nature including a traumatic brain injury and pain, suffering, disability, loss of a normal life, medical expenses, lost earnings and a loss of earning capacity.

WHEREFORE, Plaintiff SARAH WHITMORE SMAGE requests judgment against the Defendant ZERO MOTORCYCLES, INC., for all legally appropriate damages for her injuries, including punitive damages, along with costs.

## COUNTS V THROUGH VIII
## LOSS OF CONSORTIUM

124.    Plaintiff Phillip Smage incorporates all preceding paragraphs by reference.

125.    On September 12, 2015, as well as before and since that date, the Phillip Smage and Sarah Whitmore Smage have been lawfully married to one another.

126.    As a direct and proximate result of the wrongful and negligent acts of ZERO, as described in Counts I through IV of this complaint, Plaintiff Philip Smage was caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, loss of companionship, loss of affection, and loss of assistance associated with the severe personal injuries suffered by Plaintiff Sarah Whitmore Smage.

127.    Claims for loss of consortium damages are set forth as mirror image derivative counts to Counts I through IV as follows:

30

a. Count V is based on the same substantive claim as set forth in Count I.

b. Count VI is based on the same substantive claim as set forth in Count II.

c. Count VII is based on the same substantive claim as set forth in Count III.

d. Count VIII is based on the same substantive claim as set forth in Count IV.

WHEREFORE, Plaintiff PHILIP SMAGE requests judgment against ZERO for all legally appropriate damages for his loss of consortium and all other legally compensable losses, including punitive damages, along with costs.

## PLAINTIFFS DEMAND TRIAL BY JURY

RAPOPORT WEISBERG & SIMS, P.C.

By:     /s_Matthew S. Sims_____
        Attorneys for Plaintiffs SARAH WHITMORE
        SMAGE and PHILIP SMAGE

David E. Rapoport
Matthew S. Sims
Melanie J. VanOverloop
**RAPOPORT WEISBERG & SIMS, P.C.**
20 North Clark St., Suite 3500
Chicago, IL 60602
Telephone: (312) 327-9880
Facsimile:  (312) 327-9881
drapoport@rapoportlaw.com
msims@rapoportlaw.com
mvanoverloop@rapoportlaw.com

Julie H. Heiden
Justin M. Beall
Koonz, McKenney, Johnson,
DePaolis & Lightfoot, LLP
Willow Wood Plaza

10300 Eaton Place, Suite 200
Fairfax, Virginia
Telephone: (703) 596-1718
JHeiden@koonz.com
JBeall@koonz.com